IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-1443-NYW

ESTATE OF GABRIELLE MEDINA, by and through its personal representative, Tim Medina

Plaintiff,

v.

JENNIFER ROSS SAMUELS, NP,

Defendant.

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Plaintiff and Defendant Samuels, NP have reached an agreement to settle the claims against Defendant Samuels, NP.

The remaining case deadlines, including the pre-trial conference and trial dates currently set, may be vacated. The parties will submit formal notice(s) of dismissal once all of the conditions of the agreements have been met.

Dated this 14th day of July, 2022.

| s/ *Raymond K. Bryant* | s/ *Stephanie L. Clark* |
|---|---|
| Raymond K. Bryant | Jacqueline B. Sharuzi |
| Rachel B. Maxam | Stephanie L. Clark |
| Civil Rights Litigation Group, PLLC | Sharuzi Law Group, LTD. |
| 1543 Champa St. #400 | 518 Seventeenth Street Suite 270 |
| Denver, CO 80202 | Denver, Colorado 80202 |
| raymond@rightslitigation.com | Telephone: (303) 226-0330 |
| rachel@rightslitigation.com | Facsimile: (303) 226-0340 |
| 720-515-6165 | jackie@sharuzilaw.com |
| F: 720-465-1975 | sclark@sharuzilaw.com |
| *Attorneys for Plaintiffs* | |

1

*Attorneys for Defendant Jennifer Samuels, NP*

CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of June, 2020, I electronically filed the foregoing **NOTICE OF SETTLEMENT** with the Clerk of the Court using the CM/ECF systems which is expected to send notification of such filing to the following e-mail addresses:

Jacqueline B. Sharuzi
Stephanie L. Clark
Sharuzi Law Group, LTD.
518 Seventeenth Street Suite 270
Denver, Colorado 80202
Telephone: (303) 226-0330
Facsimile: (303) 226-0340
jackie@sharuzilaw.com
sclark@sharuzilaw.com

*s/   Raymond K. Bryant*