**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-CV-1443-NYW

ESTATE OF GABRIELLE MEDINA, by and through its personal representative, Tim Medina

Plaintiff,

v.

JENNIFER ROSS SAMUELS,
TINA CULLYFORD,
ELLE HEEG MILLER,
ALEX HERBERT,
TIFFANY NEARY,
KIMBERLY RETALLACK,
AMY DIXON,
STEPHANIE SCHRAG,
RANDOLPH MAUL,
LETO QUARLES,
JILL KEEGAN, and
WARDEN RYAN LONG.

Defendants.

---

**NOTICE OF APPEAL**

---

NOTICE is hereby given that Plaintiff, Estate of Gabrielle Medina, hereby appeals to the United States Court of Appeals, Tenth Circuit, from the final judgment effective September 2, 2022 with the dismissal of all claims, together with the district court orders that are the subject of the appeal, including:

Docket Entry 169 – Order Denying Motion to Amend dated January 21, 2022.

Respectfully submitted this 3rd day of October, 2022.

1

*s/    Rachel B. Maxam*
Raymond K. Bryant
Rachel B. Maxam
1543 Champa St., Suite 400
Denver, CO 80202
Phone: (720) 515-6165
Fax: (720) 465-1975
raymond@rightslitigation.com
rachel@rightslitigation.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of October, 2022, a true and correct copy of the foregoing **NOTICE OF APPEAL** was served using the CM/ECF system which will send notification of such filing to the following at their e-mail addresses:

Jennifer L. White
Debra P. DeRee
Patterson Ripplinger, P.C.
5575 Tech Center Drive, Suite 100
Colorado Springs, CO  80919
Email: jwhite@prpclegal.com
Email: dderee@prpclegal.com
*Attorney for Defendants Neary, Maul, Keegan*


*/s/ Rachel B. Maxam*